DANIEL G. BOGDEN
United States Attorney
CARLA B. HIGGINBOTHAM
Assistant United States Attorney
100 W. Liberty Street, Ste. 600
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181

Attorneys for Plaintiff

FILED ✓
ENTERED ___   RECEIVED ___
            SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAY - 9 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM SCOTT a/k/a TRU,<br><br>Defendant. | 3:12-cr-00052-LRH -WGC<br><br>INDICTMENT FOR VIOLATION OF:<br><br>COUNT ONE - TITLE 18, UNITED STATES CODE, SECTION 2423(a) - Transportation of a Minor for Prostitution And Other Illegal Sexual Activity<br><br>COUNT TWO - TITLE 18, UNITED STATES CODE, SECTION 1591(a) - Sex Trafficking of a Minor or by Force, Fraud or Coercion<br><br>COUNT THREE - TITLE 18, UNITED STATES CODE, SECTION 1591(a) - Sex Trafficking of a Minor or by Force Fraud, or Coercion |

**THE GRAND JURY CHARGES THAT:**

**Count One - Illegal Transportation of a Minor for Prostitution
or Other Illegal Sexual Activity**

On or about July 31, 2010, in the District of Nevada, the defendant, ADAM SCOTT a/k/a TRU, did knowingly transport K.W., an individual who had not attained the age of 18 years in interstate commerce, from the State of California to the State of Nevada, with the intent that K.W. engage in prostitution and other sexual activity for which any person can be charged with a criminal offense. All in violation of Title 18, United States Code section 2423(a).

### Count Two - Sex Trafficking of a Minor
### or By Force, Fraud or Coercion

On or about July 31, 2010 to on or about August 11, 2010, in the District of Nevada, the defendant, ADAM SCOTT a/k/a TRU, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, in and affecting interstate commerce, K.W., a minor who had not attained the age of 18 years, knowing and in reckless disregard of the fact that K.W. had not attained the age of 18 years and would be caused to engage in a commercial sex act and that force, threats of force, fraud, and coercion would be used to cause K.W. to engage in a commercial sex act. All in violation of Title 18, United States Code, Section 1591(a).

### Count Three - Sex Trafficking of a Minor
### or By Force, Fraud or Coercion

On or about August 11, 2011 to on or about August 14, 2011, in the District of Nevada, the defendant, ADAM SCOTT a/k/a TRU, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, in and affecting interstate commerce, R.C., knowing and in reckless disregard of the fact that force, threats of force, fraud, and coercion would be used to cause R.C. to engage in a commercial sex act. All in violation of Title 18, United States Code, Section 1591(a).

A TRUE BILL:

/s/
FOREPERSON

DANIEL G. BOGDEN
United States Attorney

CARLA B. HIGGINBOTHAM
Assistant United States Attorney